IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-507-FDW-DCK

| ROBERT BOGLE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| JD TECHNOLOGIES, INC., and RADIATOR SPECIALTY COMPANY, INC., | ) ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 53) filed by Mel J. Garofalo, concerning Clem C. Trischler, on October 6, 2021. Clem C. Trischler seeks to appear as counsel *pro hac vice* for Defendant Radiator Specialty Company, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 53) is **GRANTED**. Clem C. Trischler is hereby admitted *pro hac vice* to represent Defendant Radiator Specialty Company, Inc.

**SO ORDERED**.

Signed: October 6, 2021

David C. Keesler
United States Magistrate Judge