# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-507-DCK

| | |
|---|---|
| **ROBERT BOGLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **JD TECHNOLOGIES, INC., and** | ) |
| **RADIATOR SPECIALTY COMPANY, INC.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Jason B. James, filed a "Certification Of Mediation Session" (Document No. 85) notifying the Court that the parties reached a settlement on December 12, 2022. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 27, 2023**.

**SO ORDERED**.

Signed: December 15, 2022

David C. Keesler
United States Magistrate Judge